IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR L. MITCHELL,

                  Plaintiff,

  v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                  Defendant.

CIVIL ACTION
NO. 13-5675

## ORDER

**AND NOW**, this 23rd day of November 2015, upon consideration of the Plaintiff's request for review and the briefs filed by the parties, and after careful review of the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (Doc. No. 15), it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  Plaintiff's request for review is **DENIED**; and

3.  Judgment is entered in favor of **Defendant**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.